UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KHRISTOFFER MANDELL HEARRON                                                  PLAINTIFF

V.                                                           CIVIL ACTION NO. 3:19-CV-31-DPJ-FKB

DON IRONS, ET AL.                                                            DEFENDANTS

ORDER

This cause is before the Court on the Report and Recommendation [55] of Magistrate

Judge F. Keith Ball.  Judge Ball recommended denying Plaintiff Khristoffer Mandell Hearron's

motion for a temporary restraining order [49] as moot.

In the subject motion, Hearron argues that it is troublesome for him to access the Inmate

Legal Assistance Program claim-receptables or drop boxes at South Mississippi Correctional

Institution because their locations are inconvenient.  R&R [55] at 1.  As Judge Ball pointed out,

Hearrons was incarcerated when he filed this lawsuit but has since filed a change of address [52]

indicating he is "free world."  *Id.*  As such, his motion regarding the location of claim receptables

in the prison is moot.

The Court finds the R&R [55] should be adopted as the opinion of the Court; the motion

for a temporary restraining order [49] is denied as moot.

**SO ORDERED AND ADJUDGED** this the 30th day of November, 2021.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE